Jennifer ZIMMER–STEINHEBEL, Plaintiff–Appellant,

v.

COMCAST ADVERTISING SALES, INC., a foreign corporation; Comcast Corporation, a foreign corporation; Brent Graves, an individual; Corky Davis, an individual; and Marilyn Sclafani, an individual, Defendants–Appellees.

No. 04–1790.

United States Court of Appeals, Sixth Circuit.

Aug. 2, 2005.

Marvin D. Wilder, Diallo, Wilder & Polk, Detroit, MI, for Plaintiff–Appellant.

Theodore R. Opperwall, Robert B. Brown, Kienbaum, Opperwall, Hardy & Pelton, Birmingham, MI, for Defendants–Appellees.

Before DAUGHTREY and COOK, Circuit Judges; HOOD, District Judge.*

PER CURIAM.

Jennifer Zimmer–Steinhebel appeals the district court's order granting summary judgment for Comcast Advertising Sales, Inc., Comcast Corporation, Brent Graves,

---

* The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.

Corky Davis, and Marilyn Sclafani. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.